United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CAROL WALKER,**

**Plaintiff,**

**vs.**

**CITY & COUNTY OF SAN FRANCISCO, ET AL**

**Defendants.**

**Case No.: C16-6053 EDL (KAW)**

**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to Magistrate Judge Kandis A. Westmore for settlement purposes. You are hereby notified that a settlement conference is scheduled for November 8, 2017, at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Courtroom 4, 3rd floor, Oakland, California, 94612.

The parties shall comply with Judge Westmore's Settlement Conference Standing Order, available online at http://cand.uscourts.gov/kaworders. Any failure to comply with the requirements of this Order may subject the parties and/or counsel to sanctions.

IT IS SO ORDERED.

DATE: 7/19/17

KANDIS A. WESTMORE
United States Magistrate Judge