DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837
E-Mail: sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SGT. JUSTIN ERB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SERGEANT JUSTIN ERB; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 16-cv-06053 EDL<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Hearing Date: October 31, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom E, 15th Floor<br><br>Trial Date: July 16, 2018 |

The parties to the above-entitled action submit this joint status conference statement in advance of a further case management conference set for October 31, 2017. The parties have met and conferred.

This lawsuit arises out of the shooting death of Jessica Williams on May 19, 2016, in San Francisco. The primary issue in the civil litigation is whether the use of lethal force was reasonable under the circumstances.

The parties have made initial disclosures, propounded written discovery, and produced documents. Defendants produced approximately 2,000 documents including the investigation file, and

audio and video recordings to plaintiff. Plaintiff produced hundreds of pages of policy documents to defendants. A second round of written discovery is pending.

The parties have a deposition scheduled of the primary independent witness on October 25, 2017. The parties had agreed to an informal stay of parts of discovery until the San Francisco District Attorney had completed its criminal investigation into the incident. On October 18, 2017, the District Attorney released its findings from the investigation, concluding that the shooting was justified. Until October 18, 2017, defendant Sgt. Erb was not available for deposition. The parties anticipate Sgt. Erb's deposition will be completed sometime in November 2017.

The parties have a settlement conference scheduled November 8, 2017, with Judge Westmore.

Dated: October 24, 2017

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorney

By: *<u>/s/ Sean F. Connolly</u>*
SEAN F. CONNOLLY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SGT. JUSTIN ERB

Dated: October 24, 2017

SIGNATURE LAW GROUP

By: *<u>/s/ Gregory M. Finch</u>*
GREGORY M. FINCH

Attorneys for Plaintiff
CAROL WALKER