Gregory M. Finch (SBN 091237)
SIGNATURE LAW GROUP
3400 Bradshaw Road, Suite A-4A
Sacramento, California 95827
Telephone: (916) 856-5800
Facsimile: (916) 880-5255
gfinch@signaturelawgroup.com

Attorney for Plaintiff
CAROL WALKER

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837
E-Mail: sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL WALKER ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY and COUNTY OF SAN FRANCISCO SERGEANT JUSTIN ERB; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No.: 3:16-cv-06053-EDL<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV P. 41 (a)(1)(A)(ii)**<br><br>Judge: Hon. Elizabeth D. Laporte<br>Trial Date: Not Set<br>Action Filed: October 19, 2016 |

Plaintiff CAROL WALKER ("Plaintiff") and Defendants CITY and COUNTY OF SAN FRANCISCO SERGEANT JUSTIN ERB; and DOES 1 through 20, inclusive

("Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff's claims in this action without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1. Plaintiff's claims against Defendants in this action shall be dismissed without prejudice;

2. Each party shall bear its own costs.

NOW, THEREFORE, the parties hereby stipulate and request that the Court dismiss the entire action with prejudice.

DATED: October 31, 2017

RESPECTFULLY SUBMITTED,
SIGNATURE LAW GROUP, LLP

__*/s/ Gregory M. Finch*________
Attorney for CAROL WALKER

Dated: October 31, 2017

DEPUTY CITY ATTORNEY

BY: *_/s/ Sean F. Connolly_*________
SEAN F. CONNOLLY
Attorney for Defendants
CITY and COUNTY OF SAN FRANCISCO; SERGEANT JUSTIN ERB

**ORDER**

Good cause appearing, IT IS ORDERED that the stipulation of parties for voluntary dismissal of the entire action without prejudice filed by Plaintiff on October 19, 2016 is GRANTED and the entire action hereby dismissed without prejudice.

Dated: _____________

___________________________________
HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT JUDGE